**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

The State, Respondent,

v.

Troy Terrell Baxter, Appellant.

Appellate Case No. 2011-187486

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2013-UP-429
Submitted October 1, 2013 – Filed November 20, 2013

**AFFIRMED**

Appellate Defenders Breen Richard Stevens and
Benjamin John Tripp, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Mark Reynolds Farthing, both of
Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Brockman*, 339 S.C. 57, 66, 528 S.E.2d 661, 666 (2000) (providing our appellate courts review Fourth Amendment determinations under a

clear error standard and "will affirm if there is any evidence to support the ruling"); *State v. Baccus*, 367 S.C. 41, 48, 625 S.E.2d 216, 220 (2006) ("The trial judge's factual findings on whether evidence should be suppressed due to a Fourth Amendment violation are reviewed for clear error."); *State v. Pichardo*, 367 S.C. 84, 98, 623 S.E.2d 840, 847-48 (Ct. App. 2005) (holding the continued detention of a car and its occupants after a traffic stop has been fulfilled is not per se unconstitutional when "the officer has a reasonable suspicion of a serious crime"); *State v. Weaver*, 374 S.C. 313, 320, 649 S.E.2d 479, 482 (2007) ("Pursuant to the automobile exception, if there is probable cause to search a vehicle, a warrant is not necessary so long as the search is based on facts that would justify the issuance of a warrant, even though a warrant has not been actually obtained."); *Ornelas v. United States*, 517 U.S. 690, 696 (1996) (stating probable cause to search exists "where the known facts and circumstances are sufficient to warrant a man of reasonable prudence in the belief that contraband or evidence of a crime will be found").

**AFFIRMED.**[1]

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.